**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ASTROPOWER LIQUIDATING TRUST, f/k/a ASTROPOWER, INC., | ) ) ) | Case No. 04-10322 (MFW) |
| Debtor. | ) ) | |
| | ) | |
| ASTROPOWER LIQUIDATING TRUST, f/k/a ASTROPOWER, INC., | ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adversary No. 05-50867 |
| XANTREX TECHNOLOGY, INC.; MOSSADIQ S. UMEDALY; RAYMOND JAMES LTD.; MERRILL LYNCH ASSET MANAGEMENT; and MERRILL LYNCH INVESTMENT MANAGERS LIMITED, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

### ORDER

**AND NOW,** this **2nd** day of **OCTOBER, 2006**, upon consideration of the Motion of the Merrill Lynch Defendants to dismiss the Amended Complaint filed by the Plaintiff for lack of personal jurisdiction, and the response thereto, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the above adversary proceeding is **DISMISSED** as to the Merrill Lynch Defendants for lack of personal jurisdiction.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Christopher M. Winter, Esquire[1]

---

[1] Counsel is to distribute a copy of this Opinion and Order on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Counsel for the Merrill Lynch Defendants

William Goldman, Esquire
Andrew W. Stern, Esquire
Nicolas P. Crowell, Esquire
Alex J. Kaplan, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Counsel for the Merrill Lynch Defendants

Daniel B. Rath, Esquire
Richard S. Cobb, Esquire
James S. Green, Jr., Esquire
919 Market Street
Wilmington, DE 19801
Counsel for the Plaintiff